JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREETINGS MEDIA, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>GREAT DIVIDE INSURANCE COMPANY,<br><br>       Defendant. | **CASE NO.  2:22-cv-01580-AB-AGR**<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, and for good cause shown, hereby **APPROVES** the Stipulation.   All claims in the above-captioned action are dismissed in their entirety with prejudice, and each party shall bear thier own fees, costs, and expenses.


**IT IS SO ORDERED.**


DATED:  November 22, 2022

_____

HON. ANDRÉ BIROTTE JR.